

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-14-1999

# Miller v. Comm Social Security

Precedential or Non-Precedential:

Docket 98-5433

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"Miller v. Comm Social Security" (1999). *1999 Decisions.* Paper 125.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/125

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT

                           No. 98-5433

             Miller v. Commissioner of Social Security

        The following modifications have been make to the Court's Opinion
issued on
April 19, 1999 in the above-entitled appeal and will appear as part of the
final version
of the opinion:


               Page 6, first paragraph after indented quote, lines 4-
5:
            delete ", however,"


                                   Very truly yours,

                                   /s/ P. Douglas Sisk

Clerk

Dated: May 3, 1999
```